# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case No.: 08 CV 3854 |
| Laura McCammack,<br>        Plaintiff, | Judge St. Eve |
| | Magistrate Judge Ashman |
| vs.<br>Community Consolidated School<br>        District #15,<br>        Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**COMMUNITY CONSOLIDATED SCHOOL DISTRICT #15**

| |
|---|
| NAME(Type or Print)<br><br>John A. Relias |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/John A. Relias |
| FIRM<br>Franczek Sullivan P.C. |
| STREET ADDRESS<br>300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (See Item 3 in Instructions)<br>02313081 | TELEPHONE NUMBER<br>Phone: (312) 786-6160 Fax: (312) 986-9192 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE      YES  X          NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE      YES          NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES  X          NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES X          NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS:<br><br>RETAINED COUNSEL  ☐        APPOINTED COUNSEL  ☐ |

383077.1