**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case No.:  08 CV 3854

Laura McCammack,                                    Judge St. Eve
       Plaintiff,
                                                    Magistrate Judge Ashman
  vs.
Community Consolidated School
       District #15,
       Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**COMMUNITY CONSOLIDATED SCHOOL DISTRICT #15**

| |
|---|
| NAME(Type or Print)<br><br>Katie L. Belpedio |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>s/Katie L. Belpedio |
| FIRM<br>Franczek Sullivan P.C. |
| STREET ADDRESS<br>300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |
| ID NUMBER (See Item 3 in Instructions)                TELEPHONE NUMBER<br>                                                       Phone:  (312) 786-6160 Fax:  (312) 986-9192<br>**6285731** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE       YES          NO  X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE      YES          NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES          NO  X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES       NO  X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS:<br><br>RETAINED COUNSEL  ☐        APPOINTED COUNSEL  ☐ |

383077.2