Case 1:08-cv-03854    Document 10    Filed 08/13/2008    Page 1 of 2

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LAURA McCAMMACK

Plaintiff,

V.

COMMUNITY CONSOL. SCHOOL DISTRICT #15,

Defendant.

CASE NUMBER: 08CV 3854

ASSIGNED JUDGE: JUDGE ST. EVE

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

Daniel W. Which [handwritten]

Community Consolidated School Dist. #15
% ~~Robert A. McKanna,~~ Superintendent of Schools
580 North Bank Drive
Paliatine, Illinois 60067

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael T. Smith
440 W. Irving Park Road
Roselle, Illinois 60172
847-895-0626

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

July 7, 2008
Date



July 30 2008

TITLE Investigator

NAME OF SERVER (PRINT) PETER J. SAUNDERS

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Daniel W. Lukich, Superintendent of schools c/o John Fenton, Director of Personnel for Community Consolidated School District 15.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 30, 2008
                    Date                              Signature of Server

120 W. Madison (#08) Chicago, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.